# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JAMES BECKER,

   Plaintiffs,

VS.

LOWE'S HIW, INC.
   Defendants,

**CASE NUMBER: 2:09-CV-0449-LDG-GWF**

**ORDER REFERRING CASE FOR A SETTLEMENT CONFERENCE**

This case is currently stacked on the calendar of **TUESDAY, AUGUST 2, 2011** for Jury/Court trial to begin on **Monday, August 8, 2011** In LV courtroom 6B before the Honorable Judge Lloyd D. George. (This is a 3 week trial stack)

**IT IS ORDERED** that this case is hereby referred to **Magistrate Judge, George W. Foley** for the rescheduling of a settlement conference.

DATED this 13 day of Jan 2011

_____
LLOYD D. GEORGE
United States Senior District Judge