# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES BECKER,

    Plaintiff,

v.

LOWE'S HIW, INC.,

    Defendant.

Case No. 2:09-cv-00449-LDG (GWF)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Defendant Lowe's HIW, Inc.'s Request to Remove Chet A. Glover from Electronic Filing and Service (#61) is GRANTED. The Clerk of the Court shall remove Chet A. Glover as an attorney to be noticed in this matter.

DATED this __29__ day of July, 2011.

_____
Lloyd D. George
United States District Judge